IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| QUADRANT CONSTRUCTORS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>CORNERSTONE BUILDING BRANDS SERVICES, INC., d/b/a SIMONTON WINDOWS,<br><br>Defendant. | CV 26-93-BU-KLD<br><br>**ORDER** |

Plaintiff Quadrant Constructors, LLC has moved for an order allowing Jacob M. Doleshal, to appear *pro hac vice* in this case with Matthew McLean and Joe Noreña, designated as local counsel. (Doc. 5.) The application of Mr. Doleshal appears to be in compliance with L.R. 83.1(d).

**IT IS ORDERED:**

Plaintiff's motion to allow Mr. Doleshal to appear in this Court (Doc. 5) is **GRANTED**, subject to the following conditions:

1. Local Counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Mr. Doleshal must do his own work. He must do his own writings, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must

appear and participate personally in all proceedings before the Court;

3. Admission is personal to Mr. Doleshal, not the law firm he works for;

4. Mr. Doleshal shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov;

5. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

6. Local counsel will provide a copy of this order to *pro hac* counsel.

**IT IS FURTHER ORDERED:**

Mr. Doleshal must file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 1st day of October, 2026.

Kathleen L. DeSoto
United States Magistrate Judge